# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BECKERICH, CHRISTY INDIVIDUALLY AND AS CLASS REPRESENTATIVE, et al | CASE NO. 1:21-CV-00548 (TSB) |
| Plaintiffs, | |
| v. | PLAINTIFFS' MOTION TO DISMISS SOME PLAINTIFFS FOR MISJOINDER |
| SAINT ELIZABETH MEDICAL CENTER, INC., et al | |
| Defendants. | |

The following Plaintiffs should be dismissed from this action without prejudice pursuant to FRCP 21 and other applicable law.  They were inadvertently placed on the Complaint when they are employees of Dayton and Nationwide Children's and will be placed on those lawsuits:

1. Lyndsay E. Alexander
2. Melissa Boyer
3. Amy Burrows
4. Rachel Freier
5. Carolyn Hansford
6. Edward Sizemore

All other Plaintiffs remain.

1

Respectfully submitted,

/s/ Glenn D. Feagan_____
Glenn D. Feagan
Deters Law
5247 Madison Pike
Independence, Kentucky 41051
859-363-1900
gfeagan@feaganlaw.com

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on this 26th day of August 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Glenn D. Feagan_____
Glenn D. Feagan