**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (at Cincinnati)**

| | |
|---|---|
| **CHRISTY BECKERICH,** ) | |
| **individually and as class** ) | Case No. 1:21-CV-548-TSB |
| **representative**, *ET AL.* ) | |
| ) | |
| **Plaintiffs** ) | Judge Timothy S. Black |
| ) | |
| **v.** ) | |
| ) | **NOTICE OF DISMISSAL** |
| **ST. ELIZABETH MEDICAL CENTER,** ) | **WITHOUT PREJUDICE** |
| **INC.,** *ET AL.* ) | **(FRCP 41(a)(1)(A)(i))** |
| ) | |
| **Defendants** ) | |

Plaintiffs Christy Beckerich, individually and as class representatives, *et al.,* by and through counsel, hereby notice the dismissal of this action without prejudice pursuant to FRCP 41(a)(1)(A)(i) and other applicable law, no answer or motion for summary judgment having been served by any defendant. Plaintiffs intend to refile.

Respectfully submitted,

/s/ Glenn D. Feagan
Glenn D. Feagan (#0041520)
Deters Law
5247 Madison Pike
Independence, KY  41051
(859) 363-1900
(859) 363-1444 (fax)
gfeagan@feaganlaw.com

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on August 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Glenn D. Feagan
Glenn D. Feagan